# United States Court of Appeals
## For the First Circuit

No. 16-2008

UNITED STATES OF AMERICA,

Appellee,

v.

ISMAEL REYES-RIVAS,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on November 28, 2018, is amended as follows:

On page 11, lines 15-16: "even if it is in the fourth degree" is replaced with "even if it is not in the fourth degree"